UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ELIZABETH MORRIS,<br><br>          Plaintiff,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | No. 2:21-cv-0284 |

## DISMISSAL STIPULATION

Plaintiff and Defendant agree that, pursuant to F.R.Civ.P. 41(a)(1)(A), all claims pertaining to short-term disability benefits are dismissed with prejudice. All claims pertaining to long-term disability benefits are dismissed without prejudice.

No costs or fees awarded.

June 13, 2022

| | |
|---|---|
| */s/ Craig A. Jarvis*<br>Craig A. Jarvis, Esq.<br>Jarvis & Modun, LLP<br>P.O. Box 4590<br>Burlington, VT 05406-4590<br>(802) 540-1030<br>(802) 540-1040 Fax<br>jarvis@jarvis-modun.com<br><br>*Attorney for Plaintiff*<br>*Elizabeth Morris* | */s/ Brooks R. Magratten*<br>Brooks R. Magratten, Esq.<br>Pierce Atwood, LLP<br>One Financial Plaza, 26th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166<br>bmagratten@pierceatwood.com |

15117865.1

*/s/ Evan J. O'Brien*_____
Evan O'Brien, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375
eobrien@drm.com

*Attorneys for Defendant Life Insurance Company of North America*

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on June 13, 2022, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on the following counsel of record:

Craig A. Jarvis, Esq.
Jarvis & Modun, LLP
P.O. Box 4590
Burlington, VT 05406-4590

*/s/ Evan O'Brien*_____

15117865.1